```
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GORDON VASQUEZ, No. 00-A-4399,  :
Green Haven Correctional Facility,  :
 :
                    Plaintiff,  :   ~~9~~ ~~Cr.~~ ~~644~~ (HB)
 :   07 CV 7164
-against-  :   **ORDER**
 :
M. LOIODICE, Inmate Records Coordinator,  :
and NEW YORK STATE DEPARTMENT  :
OF CORRECTIONAL SERVICES,  :
 :
                    Defendants.  :
 :
------------------------------------------------------------x

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS this Court has scheduled a Pre-Trial Conference with the parties on April 3, 2008 at 11:15 a.m.; and

    WHEREAS the Green Haven Correctional Facility has informed this Court that it requires a Court Order before it will arrange for Plaintiff to have access to a telephone for his conference with the Court on April 3, 2008 at 11:15 a.m.; it is hereby

    ORDERED that the Green Haven Correctional Facility provide Plaintiff with access to a telephone on April 3, 2008 at 11:15 a.m. and instruct Plaintiff to call this Court at that time at (212) 805-0184; and it is further

    ORDERED that the Green Haven Correctional Facility shall call my law clerk, Anna Gercas, at (212) 805-0184 to confirm that such arrangement has been made.

SO ORDERED.
March 26, 2008
New York, New York

                                                  _____
                                                  U.S.D.J.