

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
Attorney General

State Counsel Division

(212) 416-8550

March 26, 2008

Honorable Harold S. Baer
United States District Court
Southern District of New York
United States Courthouse / 500 Pearl Street
New York, New York 10007

Re: <u>Gordon Vasquez v. Loiodice, et al.</u>
    <u>Docket No. 07 Civ. 7164 (HB)</u>

Dear Judge Baer:

   This Office has received a request for representation in the above-referenced action. Other defendants, to our knowledge, have yet to be served.

   Accordingly, in order to research the facts and circumstance of this action, and in order to determine whether other defendants will seek our representation, we respectfully request until May 15, 2008 to answer, move or otherwise respond to the complaint.

   We also note that the New York State Court of Appeals is considering several consolidated cases hitting at the core issues of this action. We expect a decision by May of 2008 and the guidance of the State Court of Appeals on the state sentencing issues presented here will undoubtedly inform defendants' response to the complaint.

   Thank you for your attention.

*[Handwritten annotation: May 22, 08 at 3:00 PM SO ORDERED Harold Baer, Jr., U.S.D.J. 3/27/08]*

Sincerely,

Michael J. Keane
Assistant Attorney General