UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GORDON VASQUEZ, No. 00-A-4399, :
Green Haven Correctional Facility, :
: 07 Civ. 7164 (HB)
           Plaintiff, :
: **ORDER**
    -against- :
:
M. LOIODICE, Inmate Records Coordinator, :
and NEW YORK STATE DEPARTMENT :
OF CORRECTIONAL SERVICES, :
:
           Defendants. :
:
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS this Court held a Pre-Trial Conference with the parties on April 3, 2008, in which Mr. Vasquez participated by telephone; and

    WHEREAS this Court directed that the parties shall ensure that any dispositive motion is fully briefed so that the Court has the moving papers, opposition and reply by July 9, 2008; and

    WHEREAS Mr. Vasquez requested an Order from this Court directing the Green Haven Correctional Facility's Library to grant him access so that he can research and draft his papers associated with any motion; it is hereby

    ORDERED that the Green Haven Correctional Facility provide Mr. Vasquez with access to the Library, subject to any security restrictions, as needed, during the Library's regular hours to conduct research and draft briefs in connection with his case.

**SO ORDERED.**
April 7, 2008
New York, New York

                                                                */s/ Harold Baer*
                                                                   U.S.D.J.