UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Gordon Vasquez,
    Plaintiff,

-v-

M. Liodice and New York State Dep't of Correctional Services,
    Defendants.
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Cv. 7164 (HB)(TZ)

Theodore Katz

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] Specific Non-Dispositive Motion/Dispute:*
Defendants' Counsel's request that plaintiff be given an extension to 7/31/08 to respond to the defendants' motion.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: through August 4, 2008

[ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

[ ] All such motions: _____

*Do not check if already referred for general pretrial.

Dated 7/2/08

SO ORDERED: [signature]
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08